UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARNOLD JOSEPH CHEER,<br><br>Defendant. | 3:20-cr-00157 - BR<br><br>MISDEMEANOR INFORMATION<br><br>18 U.S.C. §§ 113(a)(4) and 7(3) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Assault by Striking, Beating or Wounding)**
**(18 U.S.C. § 113(a)(4))**

On or about September 13, 2019, in the District of Oregon, defendant **ARNOLD JOSEPH CHEER**, at a place within the special maritime and territorial jurisdiction of the United States, namely the Federal Correctional Institution at Sheridan, Oregon, intentionally assaulted Adult Victim 1, by striking, beating and wounding him;

All in violation of Title 18, United States Code, Sections 113(a)(4) and 7(3).

Dated: May 18, 2020.   Presented by,

BILLY J. WILLIAMS
United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #91384
Assistant United States Attorney